United States District Court
Southern District of Texas
**ENTERED**
May 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RYAN D. FRAME, *et al.*, § § § *Plaintiffs*, § VS. § CIVIL ACTION No. 3:18-cv-00259 § TEXAS FARMERS INSURANCE § COMPANY, § § § *Defendant*. | |

## ORDER OF DISMISSAL WITH PREJUDICE

On May 1, 2020, the plaintiffs filed a stipulation of dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 29. Accordingly, it is hereby **ORDERED** that all claims or counterclaims that were or could have been asserted by the parties in the above-styled and -numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling.

It is further **ORDERED** that each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT**

SIGNED on Galveston Island on this, the 5th day of May, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE